UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.  Case No.: 3:01-cr-138-HES-JRK

SHAWN RICHARDSON,

Defendant.
_____/

### O R D E R

Before this Court is Defendant's Motion to Run Concurrent Sentences (Doc. 550, filed March 19, 2010). The Defendant is currently serving a state sentence of 13 months in Liberty Correctional Institution. (See Case No.: 2009-CF-4791) The Defendant requests that this Court run his federal sentence concurrently with the state sentence he is presently serving; however, when this Court revoked Defendant's supervised release, it expressly stated that his 14 month federal sentence is to run consecutively with his state sentence. (See Doc. 548, filed November 25, 2009). Therefore, it is **ORDERED** and **ADJUDGED** that Defendant's Motion is **DENIED**.

**DONE AND ENTERED** at Jacksonville, Florida, this ___ day of May, 2010.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:

Shawn Richardson, *Pro se*
Julie Hackenberry Savell, AUSA
Bureau of Prisons